Frank Sonek et al., appellants,

*v.*

Hill Building and Loan Association et al., respondents.

[Submitted February 14th, 1947. Decided May 15th, 1947.]

*Mr. William N. Becker,* for the appellants.

*Messrs. Sandles & Sandles, Messrs. Lowy & Lowy* and *Mr. William K. Flanagan,* for the respondents.

Per Curiam.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bigelow, and reported at *138 N. J. Eq. 534.*

*For affirmance*—The Chief-Justice, Parker, Bodine, Donges, Wachenfeld, Eastwood, Wells, Rafferty, Dill, Freund, McLean, JJ. 11.

*For reversal*—Heher, McGeehan, JJ. 2.